BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ROLAN-MORAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00685 SBA |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS AND** |
| vs. ) | **EXCLUDING TIME** |
| ) | |
| OSCAR ROLDAN-MORAN, ) | Current Date: November 30, 2006 |
| ) | Requested Date: December 5, 2006 |
| Defendant. ) | |
| _____) | |

     Mr. Roldan-Moran is charged with one count of illegal reentry. The parties were scheduled to appear before this Court on Thursday, November 30, 2006 at 10:00 a.m. for change of plea. However, the parties have been unable to competently discuss a plea agreement because of unexpected and unusual uncertainties regarding Mr. Roldan-Moran's priors. Therefore, the parties stipulate and agree that this matter should be continued to the Court's regular calendar, at 9:00 a.m. on Tuesday, December 5, for status regarding change of plea. The parties further stipulate and agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. This is so because the parties,

despite their diligence, have been unable to ascertain the facts about Mr. Roldan-Moran's history that are necessary before they can proceed.  In addition, both parties are continuing to investigate the matter of the priors, and need time to continue that investigation.  The parties therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(8)(A) and (B)(iv).

                                              /S/

Date: 11/30/06                                       Rebecca Sullivan Silbert
                                                        Assistant Federal Public Defender

                                              /S/

Date: 11/30/06                                       Vineet Gauri, by Keslie Stewart
                                                        Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

       Based on the stipulation above, the Court hereby ORDERS that the November 30 appearance be continued to 9:00 a.m. on Tuesday, December 5, 2006 for status regarding change of plea.  Moreover, based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because the parties require additional time to investigate Mr. Roldan-Moran's priors before they can enter a plea.

       Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to 9:00 a.m. on Tuesday, December 5, 2007 for status regarding change of plea, and

1  that time is excluded from November 30, 2006 to December 5, 2007, pursuant to 18 U.S.C.
2  §§3161(h)(8)(A) and (B)(iv).

3

4        IT IS SO ORDERED.

5

6   11/30/06                                          *signature*
    Date                                   Honorable Saundra Brown Armstrong
7                                          Judge, United States District Court
                                           Northern District of California