KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ALICIA W. FENRICK (CSBN 193860)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94618
   Telephone: (510) 637-3680
   FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-00685 SBA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING DATE OF |
| v. ) | CHANGE OF PLEA AND JUDGMENT |
| ) | AND SENTENCING |
| OSCAR ROLDAN-MORAN ) | |
| Defendant. ) | |

It is hereby stipulated by and between the parties that the date scheduled for change of plea and Judgment and Sentencing in the above captioned case be continued to March 6, 2007 at 10:00 a.m. The reason for the requested continuance is that current counsel for the government will be out of town until February 20, 2007 and will not be able to finalize the plea agreement until that date; which will not allow counsel for the defense to timely file a sentencing memorandum. In addition, counsel for the government was only reassigned this case on Wednesday, February 7, 2007 and will need a little time to review the file. The parties further request that time be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv)

STIPULATION AND ORDER CONTINUING DATE OF CHANGE OF PLEA AND
JUDGMENT AND SENTENCING

1  from the date of this Order to March 6, 2007 to allow for continuity and effective preparation of
2  government counsel.

4  DATED: February 9, 2007          /s/
                                    ALICIA W. FENRICK
5                                   Assistant United States Attorney

7  DATED: February 9, 2007          /s/
                                    JOYCE LEAVITT
8                                   Counsel for Defendant

ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the change of plea and judgement and sentencing date in the above captioned case be continued to March 6, 2007 at 10:00 a.m.. IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act to March 6, 2007 because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for continuity and effective preparation of government counsel under 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

DATED: February 12, 2007           /s/ Saundra B. Armstrong
                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge

STIPULATION AND ORDER CONTINUING DATE OF CHANGE OF PLEA AND JUDGMENT AND SENTENCING