**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No. CR 06-00685 SBA

12              Plaintiff,                        **SEALING ORDER**

13      v.

14   ORLANDO BARRERA MORAN,

15              Defendant.
                                           /
16

17        The following documents in this action are placed under seal and shall not be opened

18   except by the United States Sentencing Commission for its eyes only and shall not be

19   transmitted or otherwise opened except by order of this court upon application.

20        ☒        Presentence Report

21        ☐        Plea Agreement

22        ☐        _____
                   (Other)
23

24   **IT IS SO ORDERED.**

25

26   Dated: 4/4/07              SAUNDRA BROWN ARMSTRONG
                                UNITED STATES DISTRICT JUDGE
27

28